**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6599**

_____

RANDOLPH COPES,

                Plaintiff - Appellant,

      v.

DR. CLEM, Employee of CMS; P.A. JESSICA CECIL, Employee of
CMS,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, Senior District
Judge. (1:12-cv-00441-JFM)

_____

Submitted: August 29, 2013      Decided: September 4, 2013

_____

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Randolph Copes, Appellant Pro Se. Patricia H. Beall, Michelle
Jacquelyn Marzullo, MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY,
P.C., Towson, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randolph Copes appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Copes v. Clem, No. 1:12-cv-00441-JFM (D. Md. Mar. 13, 2013). We deny Copes' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED